# United States Bankruptcy Court
## Southern District of Florida

In re  **Astor EB-5, LLC**
_____
Debtor(s)

Case No. _____
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Astor EB-5, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 17, 2020**
Date

**/s/ Joel M. Aresty**
**Joel M. Aresty 197483**
Signature of Attorney or Litigant
Counsel for **Astor EB-5, LLC**
**Joel M. Aresty P.A.**
**309 1st Ave S**
**Tierra Verde, FL 33715**
**305-904-1903 Fax:800-559-1870**
**aresty@icloud.com**