**UNITED STATES
BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

In Re:  
**Astor EB-5, LLC**  
     Debtor(s)    /

Case Number **20-16595-RAM**  
Chapter **11**

                Agreed Motion to Transfer Case to Judge A. Jay Cristol

    In compliance with Local Rule Rule 1015-1, the Debtor-in-Possession moves to transfet this case to Judge A. Jay Cristol, and respectfully represents the following to the court:

    This case was filed 6/17/20 after a prior case by this same debtor filed 11/14/18, Case number 18-24170-AJC, had the prejudice period shortened to facilitate this filing.

    Judge Cristol entered the order shortening prejudice period (Doc 200) in the former case, holding:

> 4. Provided the Debtor files a new Chapter 11 case prior to the pending hearing on the Landlord's eviction motion in state court, set for June 18, 2020, then the filing of the new case shall stay that hearing on the eviction motion. Further, in the newly filed Chapter 11 case, stay relief is granted to the Landlord, to allow the Landlord to reset its eviction hearing no sooner that 70 days from June 18, 2020. Pending the Court's calendar and availability, the Landlord shall request, via motion, a hearing in any new Chapter 11 case at least 10 days prior to the new hearing on the eviction motion, toconsider whether the disputes between Landlord and Tenant have been resolved.

    The order also reserved jurisdiction to enforce that order.

    Debtor has conferred with US Trustee, Landlord and Secured Creditor and all agree this case should be transferred to A. Jay Cristol.

**WHEREFORE,** the Debtor respectfully requests this case be transferred to Judge A. Jay Cristol.

JOEL M. ARESTY, P.A.
Board Certified Business
Bankruptcy Law
Attorneys for Debtor
309 1st Ave S
Tierra Verde, FL 33715
Fax: 800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483