CGFI9 (7/28/10)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20–16595–AJC
Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Astor EB–5, LLC
956 Washington Avenue
Miami Beach, FL 33139

EIN: 46–0917208

## NOTICE OF REASSIGNMENT

    In accordance with the Order of Reassignment entered on 6/23/2020 by Judge Robert A Mark, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073–1(B).

    Accordingly, this case is hereby reassigned to the Honorable **A Jay Cristol**.

**Dated: 6/23/20**

**CLERK OF COURT**
By: Sheila Skinner–Grant
Deputy Clerk

The clerk shall serve this notice on all parties of record.