IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re: ASTOR EB-5 LLC,   CASE NO. **20-16595-AJC**
                        CHAPTER 11
Debtor,

_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that true and correct copies of the documents listed below were furnished, by transmission of Notices of Electronic Filing generated by CM/ECF on the date the items was entered on the docket, to those parties registered to receive: 7/6/20

    Doc 19 Motion to extend 365(d)(3) period to 8/16/20

    Doc 27 Notice of Hearing

Respectfully submitted,

    JOEL M. ARESTY, P.A.
Board Certified Business
Bankruptcy Law
Attorneys for Debtor
309 1st Ave S
Tierra Verde, FL 33715
Fax: 800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483