

**ORDERED in the Southern District of Florida on August 5, 2020.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                                CASE NO. 20-16595-AJC

**Astor EB-5, LLC,**
                                                                                    Chapter 11
_____Debtor._____/

### ORDER GRANTING MOTION TO EXTEND 365(d)(3) PERIOD

**THIS CAUSE** came before the Court for a hearing on July 22, 2020 at 10:30 AM on Debtor's *Motion to Extend the 365(d)(3) Period* [ECF 19] (the "Motion"). Good cause having been shown, and for the reasons stated on the record, it is

ORDERED AND ADJUDGED:

The Motion is **GRANTED**. The Debtor shall have an enlargement of the 365(d)(3) period until August 16, 2020 within which to pay the July and August rent. The Court will conduct a status hearing on **August 13, 2020 at 2:00 PM by telephone**.

# # #

**Effective August 1, 2020.** If you plan to appear for a hearing by telephone before Judge A. Jay Cristol, all requests must be arranged through Court Solutions LLC no later than 3:00 PM, one business day before the date of the hearing. Reservations should be arranged online at www.court-solutions.com/SignUp. If you are unable to register online, you may make a reservation by calling (917) 746-7476.

Submitted by:

Joel M. Aresty, Esq.
Email: aresty@icloud.com
Telephone: 305-904-1903

Attorney Aresty is directed to serve a copy of this Order within the time frame established by Local Rule 5005-1(G)(1)(c) and to file a certificate of service conforming with the requirements of Local Rule 2002-1(f).