

**ORDERED in the Southern District of Florida on August 19, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

Astor EB-5, LLC,

    Debtor.
_____/

CASE NO. 20-16595-AJC

Chapter 11

### ORDER SETTING FURTHER HEARING
August 27, 2020 at 10:30 AM

**THIS CAUSE** came before the Court on August 13, 2020 at 2:00 PM for a Status Conference pursuant to this Court's order, ECF 42. The Court heard the presentation of counsel regarding the status of the case, and for the reasons stated on the record, it is

**ORDERED AND ADJUDGED** that a hearing is scheduled for **August 27, 2020 at 10:30 AM by telephone** to further consider this matter.

• Effective August 1, 2020, if you plan to appear for a hearing telephonically before Judge A. Jay Cristol, all requests must be arranged through **CourtSolutions** no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at www.court-solutions.com/SignUp. If you are unable to register online, you may make a reservation by calling (917) 746-7476.

Submitted by:

\### 

Joel M. Aresty, Esq.
Email: aresty@icloud.com
Telephone: 305-904-1903

Attorney Aresty is directed to serve a copy of this Order within the time frame established by Local Rule 5005-1(G)(1)(c) and to file a certificate of service conforming with the requirements of Local Rule 2002-1(f).