UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In Re:
**Astor EB-5, LLC**
  Debtor(s)      /

Case Number **20-16595-AJC**
Chapter **11**

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (INDIVIDUAL)

FOR THE PERIOD
FROM 06/17/2020     TO 6/31/2020

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

s/s:Joel M. Aresty

Attorney for Debtor' s Signature

Debtor's Address
and Phone Number:

/s/ Manuel Ferreria
Manager

Attorney's Address
and Phone Number:

309 1st Ave S Tierra Verde FL 33715
305-904-1903

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed  by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Web s ite, ht t p : // www . u s d o j . gov /ust/r2 1/reg inf o . htm

1)      Instructions for Preparations of Debtor' s Chapter 11 Monthly Operating Report

2)      Initial Fili ng Requirements
3)      Frequently Asked Questions (FAQs)h ttp://www.u sdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 06/17/2020 AND ENDING6/30/20/2020

Name of Debtor:

Date of Petition:        6/17/20

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **I. FUNDS AT BEGINNING OF PERIOD** | $0 (b)* | |
| **2. RECEIPTS:** | 0 | |
| A. Cash Sales | n/a | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| 8. Accounts Receivable | n/a | |
| C. Other Receipts *(See MOR-3)* | deposit | |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | 0 | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line I + Line 3)*** | | |
| **5. DISBURSEMENTS** | | |
| A. Advertisin | | |
| B. Bank Charges | $0 | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in " N") | | |
| E. Insurance | | |
| F. Invento[Y Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 48)* | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| 0. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Tele hone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| **6. TOTAL DISBURSEMENTS *(Sum of5A thru W)*** | | |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | *0* | |

*Includes pre and post petition transactions

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This _____ 17th __ day of _____ February _____ , 20 21

/s/ Manuel Ferreria Manager

(Signature)

(a) This number is carried forward from last month ' s repo rt. For the first report only, this number will be the balance as of the petition  date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the  petition.

(c) These two amounts will always be the same if form is completed correct ly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OTHER RECEIPTS

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OTHER DISBURSEMENTS

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

### ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Reporting Period beginning _____ ACCOUNTS _____ Period ending ____ 01/17/2020 _____

RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 0 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ | (b) |
| PLUS/MIN US : Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 0 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____
_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
*(Show* the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ 0 | $ | $ | $ | $ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:  <u>Reporting</u> Period beginning          Period ending

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |

TOTAL

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

| **ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only}** | | |
|---|---|---|
| Opening Balance | $ | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ | ( |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED  PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| n/ a | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL          (d)

(a)This number is carried forward from last month ' s report. For the first report only. this number will be zero.
(b c)The total of line (b) must equal li ne (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

### ATTACHMENT 3
### INVENTORY AND FIXED ASSETS REPORT

Reporting Period beginning _____ Period ending _____

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE: _____ $ _____

INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ | (a) |
| PLUS: Inventory Purchased During Month | $ | |
| | | |
| MINUS: Inventory Used or Sold | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Inventory on Hand at End of Month | $ | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

## INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| % | % | % | % | 100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description** of Obsolete **Inventory:** _____

## FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

_____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | (a)(b) |
| MINUS: Depreciation Expense | $ | |
| | | |
| PLUS: New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: _____

Reporting Period beginning _____      Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____      BRANCH: - M-"i=ami_____

ACCOUNT NAME:_____      ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT :_____OPERATING_____

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ |  |
| Plus Total Amount of Outstanding Deposits | $ |  |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | =-$ |  |
| Ending Balance per Check Register | =-$ ---=39.66a..-____ | **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 40:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 48 and 4C plus the total of 4D must equal the amount reported as " Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2 , Line 7).

## ATTACHMENT SA

## CHECK REGISTER - OPERATING ACCOUNT

**Name of Debtor:**

_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | | |
|------|--------------|-------|---|---|
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |

TOTAL                                                                $ 17,500.00

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r2I/reg_info.htrn.

NAME OF BANK:_____   BRANCH:_____

ACCOUNTNAME: .............................   ACCOUNTNUMBER:_____
PURPOSE OFACCOUNT: ------"-'PA:....:...Y-=--=R=0-=L=L_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | ""$_____**(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 48 and 4C plus the total of 4D must equal the amount reported as
" Endin g Balance" on Schedule of Receipts and Disbursements (Page MOR-2 , Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

**Name of Debtor:**

NAME OF BANK:_____          BRANCH:_____

ACCOUNT NAME: _____

ACCOUNTNUMBER: _____

PURPOSE OF ACCOUNT:_____ PAYROLL _____

Account for all disbursements , including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                      $_____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY-TAX ACCOUNT**

Name of Debtor:

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee webs ite, http://www.usdoj .gov/us t/r21/ i ndex.h tm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____ ___    ACCOUNT NUMBER : _____ ___

PURPOSE OF ACCOUNT: -----'T,...A..e.,cX..e... _____ ___

| | | |
|---|---|---|
| Ending Balance per Bank Statement | ""$_____ | |
| Plus Total Amount of Outstanding Deposits | ""$_____ | |
| Minus Total Amount of Oustanding Checks and other debits | $_____ | * |
| Minus Service Charges | ""$_____ | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation ----------------------------------------------------------------- .-_**
_____

The following disbursements were paid by Cash: ( □ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on  Attachment 4A, 4B and 4C plus the total  of 4D must equal  the amount  reported  as  " Endin g Balance" on Schedule of Receipts and Disbursements (Page MOR-2 , Line 7).

## ATTACHMENT SC

## CHECK REGISTER - TAX ACCOUNT

**Name of Debtor:** _____    **Case** Number: _____

Reporting Period beginning      NAME OF                  Period ending      BRANCH:_____ __

BANK:_____ __      ACCOUNT#_____ __

ACCOUNT NAME:_____ ___


PURPOSE OF ACCOUNT: -- T.!....!AX'''-"------------

Account for all disbursements , including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdo j.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  |  |  | d |

### SUMMARY OF TAXES PAID

Payroll Taxes  Paid _____ (a)
Sales & Use Taxes Paid _____ (b)

Other Taxes Paid _____ (c)
TOTAL _____ (d)
_____

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 50).
(b) This number is reported in the "Current Month " column of Schedule or Receipts and Disbursements (Page MOR-2, Line SP).
(c) This number is reported in the "Current Month " column of Schedule of Receipts and Disbursements (Page MOR-2, Line 50).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                                           a

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**TOTAL**                               $                    (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**    $                    (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: _____

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | | | | | |
| _____ | | | | | |
| _____ | | | | | |
| _____ | | | | | |
| _____ | | | | | |
| _____ | | | | | |
| _____ | | | | | |
| _____ | | | | | |

TOTAL _____ $ _____

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month . Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner 's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and li fe. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| A ent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

    Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement);* (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____

TBD