UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

ASTOR, EB-5, LLC,                                         CASE NO.:  20-16595-AJC
                                                          CHAPTER 7

         Debtor.
_____/

## NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee for Region 21, Nancy J. Gargula, through her undersigned counsel, pursuant to Title 11, United States Code, Section 701, has appointed:

### DREW DILLWORTH

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under the general blanket bond heretofore approved.

Dated: March 26, 2021

                                        NANCY J. GARGULA
                                        UNITED STATES TRUSTEE
                                        REGION 21


                                        By: /s/ Guy A. Van Baalen
                                        Guy A. Van Baalen, Assistant United States Trustee
                                        Steven D. Schneiderman, Trial Attorney
                                        Office of the United States Trustee
                                        51 SW First Avenue, Ste. 1204
                                        Miami, Florida 33130
                                        Tel: (305) 536-7285
                                        Email: Guy.A.VanBaalen@usdoj.gov