**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-16595 | AJC | Judge: | A. Jay Cristol | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Astor Eb-5, Llc | | | | Date Filed (f) or Converted (c): | 03/26/2021 (c) |
| | | | | | 341(a) Meeting Date: | 05/04/2021 |
| For Period Ending: | 06/30/2021 | | | | Claims Bar Date: | 06/09/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Of America Checking Account #3992 | 0.00 | 0.00 | | 0.00 | FA |
| 2. 956 Washington Ave., Miami Beach, FL | 10,700,000.00 | 0.00 | | 0.00 | FA |
| 3. turnover from chapter 11 trustee (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $10,700,000.00   $50,000.00   $50,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/26/21-Case was converted to chapter 7

Initial Projected Date of Final Report (TFR): 12/30/2022    Current Projected Date of Final Report (TFR): 12/30/2022

Trustee Signature:    /s/ DREW M. DILLWORTH, TRUSTEE    Date: 07/30/2021

DREW M. DILLWORTH, TRUSTEE
150 W. FLAGLER STREET
22ND FLOOR
MIAMI, FL 33130
(305) 789-3598
ddillworth@stearnsweaver.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 20-16595 | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
| Case Name: | Astor Eb-5, Llc | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX1076 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7208 | Blanket Bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 06/30/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/21 | 3 | Stearns Weaver Miller et al<br>150 W. Flagler St.<br>Suite 2200<br>Miami, FL 33130 | Tunover of funds from Ch. 11 Trustee | 1290-000 | $50,000.00 | | $50,000.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $50,000.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,000.00 | $0.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $50,000.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1076 - Checking | $50,000.00 | $0.00 | $50,000.00 |
|  | $50,000.00 | $0.00 | $50,000.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Trustee Signature:    /s/ DREW M. DILLWORTH, TRUSTEE    Date: 07/30/2021

DREW M. DILLWORTH, TRUSTEE
150 W. FLAGLER STREET
22ND FLOOR
MIAMI, FL 33130
(305) 789-3598
ddillworth@stearnsweaver.com

Page Subtotals:    $0.00    $0.00