**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

ASTOR EB-5, LLC,

        Debtor.

_____/

Case No.  20-16595-AJC

Chapter 7

### MOTION TO COMPEL SOHO BOUTIQUE ASTOR, LLC TO PRODUCE DOCUMENTS

Drew M. Dillworth, duly appointed, qualified and acting Chapter 7 Trustee ("Trustee Dillworth") of the bankruptcy estate of ASTOR EB-5, LLC ("Debtor"), pursuant to Rule 37, Fed. R. Civ. P., made applicable to these proceedings pursuant to Rules 7037, 9016, and 2004(c), Fed. R. Bankr. P., moves the Court for an Order ("Motion") compelling SOHO Boutique Astor, LLC ("SOHO Boutique") to produce documents. In support of this Motion, Trustee Dillworth states:

1. On June 17, 2020 ("Petition Date"), Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United Sates Code ("Bankruptcy Code") [ECF No. 1].

2. On March 26, 2021, the Court entered an *Order Converting Case Under Chapter 11 To Case Under Chapter 7* [ECF 135].

3. Thereafter, Trustee Dillworth filed his *Notice Of 2004 Examination of SOHO BOUTIQUE ASTOR, LLC, and Issuance Of Subpoena Duces Tecum* [ECF No. 150] ("Subpoena") on November 10, 2021, setting 2004 examination for December 16, 2021, at 10:00 a.m. and requiring document production by no later than December 2, 2021.

1

4. SOHO Boutique was served with the *Notice of Taking Rule 2004 Examination Duces Tecum* via CM/ECF Notice to Anna M. Gamez, Esq., SOHO Boutique's former counsel and by process server to registered agent. *See* Return of Service marked as Exhibit "A."

5. On November 12, 2021, Ms. Gamez filed a *Notice of Withdraw of Appearance on behalf of SOHO Boutique Astor* [ECF 151].

6. In connection with the SOHO Boutique 2004 examination, Trustee Dillworth requested the production of documents to assist in investigating the Debtor's true financial relationship with SOHO Boutique and the availability of assets for administration.

7. As on January 10, 2022, Trustee Dillworth has not received a single responsive document from SOHO Boutique.

8. In addition, SOHO Boutique's representative did not appear at the scheduled December 16, 2021 2004 examination.

**Relief Requested**

9. Trustee Dillworth respectfully requests that the Court enter an Order compelling Debtor to produce all responsive documents and award Trustee Dillworth fees and expenses for the filing and prosecution of this Motion.

**Basis for Relief Requested**

10. Bankruptcy Rule 2004 provides the Trustee with expansive rights to obtain documents relating to the financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge.

11. Trustee Dillworth discovery requests have been pending over a month. As noted above, SOHO Boutique has not provided responsive documents to Trustee Dillworth's counsel.

Trustee Dillworth has substantial concerns regarding Debtor's financial affairs and involvement with SOHO Boutique.

12. Trustee Dillworth respectfully requests the Court's intervention in compelling SOHO Boutique to respond to the Trustee's subpoena document requests and appear at a rescheduled 2004 Examination.

## CERTIFICATE OF COMPLIANCE WITH L.R. 7026-1(F)

**I HEREBY CERTIFY** that, pursuant to L.R. 7026-1(F), counsel for Trustee Dillworth attempted to confer with SOHO Boutique's representative in a good faith effort to resolve this discovery disputes by agreement, but has been unable to do so because counsel withdrew upon service of the subpoena.

**WHEREFORE,** Trustee Dillworth respectfully requests the Court to enter an Order, (i) granting this Motion, (ii) compelling SOHO Boutique to produce documents responsive to Trustee Dillworth's requests and appear for a rescheduled 2004 examination; (iii) awarding Trustee Dillworth reasonable attorneys' fees and costs; and (iv) granting such other and further relief as the Court deems just and proper.

Dated: January 10, 2022.    Respectfully submitted,

*/s/ Eric J. Silver, Esq.*
ERIC J. SILVER, ESQ.
Florida Bar No. 057262
esilver@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-2688

*Counsel for Trustee Dillworth*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by United States mail to all parties listed on this notice and electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties and counsel identified on the attached service list attached.

                                                */s/ Eric J. Silver, Esq.*
                                                Eric J. Silver, ESQ.

**SERVICE LIST**
**Case No. 20-16595-AJC**
**United States Bankruptcy Court, Southern District of Florida**

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

- Geoffrey S. Aaronson    gaaronson@aspalaw.com, 5408891420@filings.docketbird.com
- Joel M. Aresty    aresty@mac.com
- Terrence Ayala    tcayala@gmail.com
- Barry O Chase    barry@chaselawyers.com
- Ricardo Corona    bk@coronapa.com, rcorona@coronapa.com
- Drew M Dillworth    ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com;jless@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com;fsanchez@stearnsweaver.com
- Drew M Dillworth    ddillworth@swmwas.com, ddillworth@ecf.axosfs.com;marocha@stearnsweaver.com
- Joshua W Dobin    jdobin@melandrussin.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Dennis A Donet    dennis.donet@donetlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Brian G Rich    brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inoruptcy.com
- Steven H. Rothstein    steverothstein@miamibeachfl.gov
- Lawrence M Schantz    lschantz@aspalaw.com
- Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

The following parties were served via Certified Mail on January 10, 2022

SOHO Boutique Astor, LLC
Worldwide Corporate Administrators, LLC
2330 Ponce De Leon BLVD
Coral Gables, FL 33134

SOHO Boutique Astor, LLC
956 Washington Ave
Miami Beach, FL 33139

The following parties were served via First Class Mail on January 10, 2022.

Miami-Dade County Tax Collector
c/o Alexis Gonzalez
200 NW 2nd Avenue, Suite 430
Miami FL 33128

Brian Rich
313 North Monroe Street, Suite 301
Tallahassee, FL 32301

 Anna Marie Gamez, Esq.
 HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, FL 33131

# EXHIBIT A

## RETURN OF SERVICE

### UNITED STATES BANKRUPTCY COURT
Southern District of Florida

Case Number: 20-16595-AJC
CHAPTER 7

IN RE::
**ASTOR EB-5, LLC**

**Debtor.**
_____/

For:
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
150 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL 33130

Received by Lightning Legal Couriers on the 10th day of November, 2021 at 10:57 am to be served on **SOHO BOUTIQUE ASTOR, LLC C/O WORLDWIDE CORPORATE ADMINISTRATORS, LLC, REGISTERED AGENT, 2330 PONCE DE LOEN BLVD., CORAL GABLES, FL 33134**.

I, Roy Martinez, do hereby affirm that on the **10th day of November, 2021** at **1:25 pm, I:**

served a **CORPORATION** by delivering a true copy of the **NOTICE OF 2004 EXAMINATION OF SOHO BOUTIQUE ASTOR, LLC, AND ISSUANCE OF SUBPOENA DUCES TECUM WITH EXHIBIT '1" AND SUBPOENA FOR RULE 2004 EXAMINATION DUCES TECUM WITH EXHIBIT "A" - DEFINITIONS AND INSTRUCTIONS** with the date and hour of service endorsed thereon by me, to: **ANGELICA MOHAMAD AS MANAGER FOR WORLDWIDE CORPORATE ADMINISTRATORS, LLC** as **REGISTERED AGENT** for **SOHO BOUTIQUE ASTOR, LLC**, at the address of: **2330 PONCE DE LOEN BLVD., CORAL GABLES, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

_____
**Roy Martinez**
CPS#10040

**Lightning Legal Couriers**
**9280 SW 64 Street**
**Miami, FL 33173**
**(786) 286-4167**

Our Job Serial Number: LTN-2021004593

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida, Miami Division
www.flsb.uscourts.gov

11/10/21 1:25pm
RM # 10040

In re: ASTOR EB-5, LLC,
          Debtor.

Civil No. 20-16595-AJC

Chapter 7

## SUBPOENA FOR RULE 2004 EXAMINATION *DUCES TECUM*

To: SOHO Boutique Astor, LLC, c/o, Worldwide Corporate Administrators, LLC, Registered Agent 2330 Ponce De Leon BLVD Coral Gables, FL 33134

*(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure and Local Rule 2004-1.

| PLACE: **Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.\***  **Museum Tower, Suite 2200, 150 West Flagler Street, Miami, FL 33130**  <br><br>\*In light of ongoing restrictions due to COVID-19, the examination may be conducted online, such as through Zoom video conference. Please contact the attorney below (Eric J. Silver) 3 days prior to the date of the examination to confirm the method and location of your examination. You may contact Mr. Silver via telephone at (305) 789-4175; or by email to esilver@stearnsweaver.com. A Zoom link and other instructions will be sent to all participants who contact Mr. Silver.<br><br>The Court Reporter, Ouellette & Mauldin Court Reporters, Inc., 1550 Madruga Avenue, Suite 333 - Kendar Building Coral Gables, FL 33146, will need a copy of the witness's driver's license or State ID card sent before depo (the driver's license number can be redacted, except for the last three numbers). Also, the witness must have the same driver's license or ID card available on the date of the deposition. | DATE AND TIME:<br><br>**December 16, 2021 at 10:00 a.m.**<br><br>Note: As requested below, the Examinee must furnish the documents identified on the attached Exhibit "A" on or before December 2, 2021, at 4:00 p.m. (EST) |
|---|---|

The examination will be recorded by this method: **stenographically and via Zoom video conference**

☒ *Production:* You, or your representatives, must also furnish the documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material, identified on the attached Exhibit A, to Stearns Weaver, et al, c/o Eric J. Silver Esq., 150 West Flagler Street, Suite 2200, Miami, FL 33130, on or before **December 2, 2021 at 4:00 p.m. (EST).**

    The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    November 10, 2021

| CLERK OF COURT | OR | |
|---|---|---|
| _____ | | /s/ *Eric J. Silver* |
| Signature of Clerk or Deputy Clerk | | Attorney's Signature |

The name, address, e-mail address, and telephone number of the attorney representing Drew M. Dillworth, Chapter 7 Trustee for Astor EB-5, LLC who issues or requests this subpoena, is: Eric J. Silver, Esq., esilver@stearnsweaver.com, 150 West Flagler Street, Suite 2200, Miami, FL 33130; Main: (305) 789-3200; Direct: (305) 789-4175.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

LF-84 (rev. 12/01/15)                 Page 1 of 3