

**ORDERED in the Southern District of Florida on February 4, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

ASTOR EB-5, LLC,

    Debtor.

_____/

Case No.  20-16595-AJC

Chapter 7

### ORDER GRANTING TRUSTEE'S MOTION TO COMPEL
### SOHO BOUTIQUE ASTOR, LLC TO PRODUCE DOCUMENTS

This matter came before the Court for hearing on February 2, 2022, at 2:00 p.m. (the "Hearing") upon the *Motion to Compel SOHO Boutique Astor, LLC* ("Motion") [ECF No. 152] filed by Drew Dillworth (the "Trustee"), the trustee for the Chapter 7 bankruptcy estate of Astor EB-5, LLC (the "Debtor"). The Court, having considered (i) the Motion, (ii) the record, and (iii) the presentations of counsel for the Trustee at the Hearing, finds it appropriate, for the reasons set forth on the record at the Hearing, to grant the relief requested in the Motion as set forth below. Therefore, it is –

ORDERED and ADJUDGED as follows:

1

1. The Motion is GRANTED.

2. SOHO Boutique Astor, LLC shall produce responsive documents to the Trustee by no later than February 16, 2022.

3. The Court reserves jurisdiction to enforce the terms of this order, and if appropriate, enter sanctions pursuant to Rule 37, Fed. R. Civ. P., as incorporated here by Bankruptcy Rule 7037, Fed. R. Bankr. P. Failure to comply with this Order may result in further orders of the Court finding *SOHO Boutique Astor, LLC* in contempt of Court.

###

Submitted by:

Eric J. Silver
Florida Bar No. 057262
esilver@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:   (305) 789-3200
Facsimile:    (305) 789-3395

*Counsel for Trustee Mukamal*

(*Attorney Silver is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming Certificate of Service*.)

#10267342 v1