UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ASTOR EB-5, LLC,

    Debtor.
_____/

Case No. 20-16595-AJC

Chapter 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the document listed below was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF, on the date the document was entered on the court docket, to those parties registered to receive NEF in this case, and (b) by First Class Mail on February 7, 2022 to those parties who are not registered to receive NEF in this case, as indicated on the Service List attached hereto.

- *Order on Motion to Compel SOHO BOUTIQUE ASTOR, LLC to Produce Documents* [ECF No. 156].

Dated: February 7, 2022.

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:   (305) 789-3200
Facsimile:    (305) 789-3395

By:  /s/ Eric J. Silver, Esq.
     ERIC J. SILVER
     esilver@stearnsweaver.com
     *Counsel for Trustee Dillworth*

# SERVICE LIST
### Case No. 20-16595-AJC
### United States Bankruptcy Court, Southern District of Florida

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Geoffrey S. Aaronson
gaaronson@aspalaw.com
5408891420@filings.docketbird.com
*Counsel for Geoffrey S. Aaronson*

Joel M. Aresty, Esq.
aresty@mac.com
*Counsel for Astor EB-5, LLC*

Terrence Ayala
tcayala@gmail.com
*Counsel for Astor EB-5 Funding, LLC, et al.*

Barry O Chase
barry@chaselawyers.com

Ricardo Corona, Esq.
bk@coronapa.com
rcorona@coronapa.com
*Counsel for Corona Law Firm, P.A.*

Drew M Dillworth
ddillworth@swmwas.com
ddillworth@ecf.axosfs.com
marocha@stearnsweaver.com
*Trustee*

Joshua W Dobin
jdobin@melandrussin.com
ltannenbaum@melandbudwick.com
mrbnefs@yahoo.com
ltannenbaum@ecf.courtdrive.com
jdobin@ecf.courtdrive.com
ltannenbaum@ecf.courtdrive.com;
hornia@ecf.courtdrive.com
*Counsel for Astor EB-5 Funding, LLC, et al.*

Dennis A Donet
dennis.donet@donetlaw.com
*Counsel for Dennis A. Donet, PA*

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Brian G Rich
brich@bergersingerman.com
efile@bergersingerman.com
efile@ecf.inforuptcy.com
rperez@bergersingerman.com
*Counsel for 1651 Astor, LLC*

Steven H. Rothstein
steverothstein@miamibeachfl.gov
*Counsel for City of Miami Beach, Florida*

Lawrence M Schantz
lschantz@aspalaw.com
*Counsel for Lawrence M Schantz*

| | |
|---|---|
| Steven D Schneiderman<br>*Steven.D.Schneiderman@usdoj.gov*<br>*Counsel for U.S. Trustee Office of the US Trustee* | Eric J Silver<br>*esilver@stearnsweaver.com*<br>*jless@stearnsweaver.com*<br>*larrazola@stearnsweaver.com*<br>*cgraver@stearnsweaver.com*<br>*mfernandez@stearnsweaver.com*<br>*Counsel for Trustee Drew M Dillworth* |

The following parties were served via First Class Mail.

| | |
|---|---|
| SOHO Boutique Astor, LLC<br>Worldwide Corporate Administrators, LLC<br>2330 Ponce De Leon BLVD<br>Coral Gables, FL 33134 | SOHO Boutique Astor, LLC<br>956 Washington Ave<br>Miami Beach, FL 33139 |
| Miami-Dade County Tax Collector<br>c/o Alexis Gonzalez<br>200 NW 2nd Avenue, Suite 430<br>Miami FL 33128 | Brian Rich<br>313 North Monroe Street, Suite 301<br>Tallahassee, FL 32301 |
| Anna Marie Gamez, Esq.<br> HOLLAND & KNIGHT LLP<br>701 Brickell Avenue<br>Suite 3300<br>Miami, FL 33131 | |

#10282362 v1