**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                 Chapter 7

ASTOR EB-5 LLC,                                            Case No. 20-16595-LMI

        Debtors.
_____/

### TRUSTEE DILLWORTH'S SECOND OBJECTION TO CLAIMS

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the Claim filed by you or on your behalf. Please read this objection carefully to identify which Claim is objected to and what disposition of your Claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your Claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court to:

      **301 North Miami Avenue, Room 150, Miami, Florida 33128.**

      Pursuant to Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1, Drew Dillworth, Chapter 7 Trustee of the above-styled bankruptcy estate objects to the following Claims filed in this case.

| Claim No. | Claimant's Name & Address | Claim Amount/ Classification | Basis for Objections and Recommended Disposition |
|---|---|---|---|
| 23 | Astor EB-5 Funding, LLC<br>c/o Barakat Law, P.A.<br>Attn: Terrence Ayala Esq.<br>2701 Ponce de Leon Blvd.<br>Suite 202<br>Coral Gables, FL  33134 | $4,540,025<br>Secured | **Basis for Objection**: This claim duplicates claim 13.<br><br>**Recommended Disposition**: The claim should disallowed and stricken as a duplicate |
|  |  |  |  |

Trustee Dillworth reserves the right to amend or otherwise add additional grounds to this Objection to Claims. **The undersigned certifies that the foregoing objections were served on the above referenced creditors US Mail unless an alternative method is indicated above this 31st day of July, 2023**.

WHEREFORE, Trustee Dillworth requests the entry of an Order (a) sustaining the Objection to the foregoing Claims, and (b) granting such other relief as the Court as is just.

/s/ Drew Dillworth, Trustee
150 West Flagler Street, Suite 2200
Miami, Florida  33130
P: 305-789-3598
E: ddillworth@stearnsweaver.com

#11898263 v1