**CGFD28** (10/01/16)



ORDERED in the Southern District of Florida on May 29, 2025

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 20−16595−LMI

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Astor EB−5, LLC
956 Washington Avenue
Miami Beach, FL 33139

EIN: 46−0917208

## FINAL DECREE

The trustee, Drew M Dillworth, having filed a final report that the estate has been fully administered, is discharged and the case is closed.